IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF ALEXANDER SNOWDEN, #237618, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO.: 2:11-cv-00379-WHA ) |
| WARDEN GARY HETZEL, *et al.*, | ) ) |
| Respondents. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 31) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and the petition for habeas corpus relief filed by Jeff Alexander Snowden is DENIED and DISMISSED with prejudice.

A separate judgment shall issue.

Done this 30th day of April, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE